UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 1:14-CV-67-TLS |
| ) | |
| CYNTHIA J. GERARD, ROBERT E. ) | |
| GERARD, and TREASURER, ALLEN ) | |
| COUNTY, INDIANA, ) | |
| ) | |
| Defendants. ) | |

**OPINION AND ORDER**

This matter is before the Court on the parties' Joint Request to Modify Scheduling Order [ECF No. 79], filed on July 12, 2018. At a telephonic trial scheduling conference [ECF No. 75] held on May 23, 2018, the Court instructed the Plaintiff to file a response to the Defendants' Motion to Allow Expert Testimony [ECF No. 51] by July 16, 2018, and instructed the Defendants to file their reply by July 31, 2018. The Court also set a trial date for December 10, 2018. The parties now request that the Court extend the deadlines for briefing on the Defendants' Motion to Allow Expert Testimony for forty-five (45) days so that the parties may conduct further settlement conferences after the appearance of new counsel for the Defendants. The parties do not request modification to any other dates, including the trial date.

The Court, being duly advised, GRANTS the parties' Joint Request to Modify Scheduling Order [ECF No.79]. The Plaintiff's response to the Defendants' Motion to Allow Expert Testimony is due on August 30, 2018, and the Defendants' reply is due September 13, 2018. All other deadlines imposed by the Court at the May 23, 2018, teleconference are CONFIRMED, including the trial set for December 10, 2018.

SO ORDERED on July 16, 2018.

                                                     s/ Theresa L. Springmann
                                                   CHIEF JUDGE THERESA L. SPRINGMANN
                                                   UNITED STATES DISTRICT COURT